United States District Court
for the District of New Jersey

_____
ALMED ELMEHELMY

      Petitioner

v.

ANDREA J. QUARANTILLO

      Respondent
_____

Civil No. 08-386

Order of Reassignment

It is on this 8th day of December 2008,

O R D E R E D that the entitled action is reassigned

from Judge Harold A. Ackerman to Judge Garrett E. Brown, Jr.

   S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court